**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **In re:** | ) **Case No.:** 16-28229 |
| **Mary Bidochka** | ) |
| | ) **Chapter:** Chapter 13 |
| | ) |
| **Debtor(s)** | ) |
| | ) **Judge:** Honorable Jacqueline P. Cox |

**NOTICE OF CONVERSION**

**To:**
Vaughn, Tom, Trustee, 55 E. Monroe St # 3850, Chicago, IL 60603

Mary Bidochka, 214 Walnut St , Saint Charles, IL 60174

Office of the U.S. Trustee, Dirksen Federal Court House, 219 South Dearborn Street, Room 873, Chicago, Illinois 60604

**Please take notice** that on Friday, January 10, 2020, the above captioned case has been converted from Chapter 13 to a Chapter 7 pursuant to 11 U.S.C. § 1307(a) and Fed.R.Bankr.P. 1017(d), by the filing of this notice in the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division.

       **By:**    **/s/ Christopher M. Dyer**
                  Christopher M. Dyer, *Attorney for Debtor(s)*

**CERTIFICATE OF SERVICE**

I, Christopher M. Dyer, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on **01/10/2020**.

       **By:**    **/s/ Christopher M. Dyer**
                  Christopher M. Dyer, *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800   (Fax): 877.247.1960